UNITED STATES of America,
Plaintiff-Appellee,

v.

John HITCHMON, a/k/a John Ashanti,
and Jessie Lee Fussell,
Defendants-Appellants.

No. 77–5587.

United States Court of Appeals,
Fifth Circuit.

March 26, 1979.

Steven G. Glucksman, Miami, Fla. (Court-appointed), for Hitchmon.

Richard B. Marx, Miami, Fla. (Court-appointed), for Fussell.

Jack V. Eskenazi, U.S. Atty., Miami, Fla., Katherine Winfree, T. George Gilinsky, James R. DiFonzo, Robert J. Erickson, Washington, D.C., for plaintiff-appellee.

ON PETITION FOR REHEARING AND
PETITION FOR REHEARING
EN BANC

(Opinion January 5, 1979, 5 Cir., 1979,
587 F.2d 1357).

Before BROWN, Chief Judge, and COLEMAN, GOLDBERG, AINSWORTH, GODBOLD, CLARK, RONEY, GEE, TJOFLAT, HILL, FAY, RUBIN and VANCE, Circuit Judges.

BY THE COURT:

A member of the Court in active service having requested a poll on the application for rehearing en banc and a majority of the judges in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the cause shall be reheard by the Court en banc on briefs without oral argument. The Clerk shall set a briefing schedule for the filing of supplemental briefs.